UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

JAMES B PUCKETT
Petitioner Pro Se

vs

USP Lewisburg Administration/Staff
RADM Warden S. Spaulding
Associate Warden Rokosky
Associate Warden Rickard
Special Investigative Agent Knapp
Entire SIS Department

RESPONDENT'S

CASE NUMBER:_____

FILED
HARRISBURG, PA

JUL-08 2021

Per _____
Deputy Clerk

FORMAL NOTICE TO THE DISTRICT COURT OF DELIBERATE TAMPERING,
ALTERING AND POSSIBLE TOTAL DESTRUCTION OF "NEWLY DISCOVERED EVIDENCE
*********************************************************************************

COMES NOW PETITIONER James B. Puckett Pro Se giving FORMAL NOTICE to the District Court that Newly Discovered Evidence has been tampered with, altered, withheld and possibly destroyed by the Respondents at USP Lewisburg after Puckett and his federal attorney Angelo Lee Cameron of 100 S. Broad St. Suite 1830, Philadelphia, Pennsylvania 19110 gave the Respondents Formal Notice of the newly discovered evidence and where it was located at USP Lewisburg and that deadlines for producing said Newly Discovered Evidence to the Petitioners original sentencing court in case number 3:02-CR-206-H(01) which is the United States District Court for the Northern District of Texas, Dallas, Division. The aforementioned acts by the Respondents were committed between April 19, 2020 to the date of this motion. (see EXHIBIT_____) A To F

The Newly Discovered Evidence had been provided to the Petitioner by a Bureau of Prisons medical supervisor in 2019 which contained a June 2003 neuro-psychiatrist evaluation that stated "based on the defendant's massive brain tumor in his left temporal lobe there is No possible way Puckett could be responsible for his actions since the brain mass WAS present at the time of the crime in question". This professional evaluation would show and prove the government witnesses Dr. Mills and Doctor Susan Franks had perjured themselves and provided the Sentencing Court false, fraudulent statements that DID effect the conviction of the petitioner/defendant Puckett in the above referenced case.

On April 18, 2020 the Petitioner was transferred from FCI Estill in Estill, South Carolina to USP Lewisburg in Lewisburg, Pennsylvania due to a massive tornado that destroyed and compromised the prison in Estill on April 13, 2019. Officer Collins at FCI Estill packed out 9 boxes of property for Puckett on March 3, 2020 in the Receiving and Discharge Department at FCI Estill to be transferred to Puckett's new designation which was FCI Edgefield but due to the Tornado destruction at FCI Estill the 9 boxes were put on a 18 wheel tractor trailer along with the remaining inmates at FCI Estill's inmate property green bags. The many inmates were only allowed to put their property into green army bags not shipping boxes.

Mr. Collins at FCI Estill has verified that Puckett's 9 boxes were put on the 18 wheel tractor trailer on or about April 19, 2020 headed for USP Lewisburg that was being used as an a emergency holding facility for the Estill population on an interim bases until other prison housing arrangements could be obtained. Puckett's 9 boxes weighed in at approximately 400 pounds of property and legal documents that had be acquired over a 17 year period of time while Puckett was incarcerated in the FBOP
(see EXHIBIT_____). A To F

Four of the nine boxes of property were provided to Puckett at USP Lewisburg and that property in said boxes was repacked in the R AND D department into 2 new boxes for shipment to Puckett's new facility which is FCI Edgefield. Puckett and his attorney were informed by the General Counsel at USP Lewisburg Ms. Jennifer Knepper that "and additional box had been located during a search for Puckett's 5 property boxes in the Lewisburg warehouse (see EXHIBIT_____) but even that box was never given to Puckett. A To F

The FBOP does not lose 5 property boxes that weight over 300 pounds "unless" the property boxes are deliberately lost or destroyed by prison staff and or administration. Losing a box here or a bag there happens in the FBOP but losing 5 boxes is unheard of unless staff deliberately lost or destroyed said property boxes.

Puckett was informed on 11-11-2020 on Range Z Cell 220 by Associate Warden Rickard that "the 5 boxes had been located in the warehouse". Associate Warden Rcikard and the entire administration was aware of the 5 boxes containing "NEWLY DISCOVERED EVIDENCE" and the USP Lewisburg was the custodian and caretaker of said evidence and property boxes and they still cannot explain what happened to the 5 boxes that remain unaccounted for OR where the one box that Ms. Knepper said had been located on September 30, 2020. (see EXHIBIT_____). A To F

General Counsel for USP Lewisburg Ms. Jennifer Knepper stated that "Puckett should file a Tort Claim" (see EXHIBIT_____). Newly Discovered Evidence CANNOT be replaced by a federal tort claim. Tampering with, altering or destroying Newly Discovered Evidence is a federal crime whether a prison employee. a prison administrator or a member of society once NOTIFIED of the existence of newly discovered evidence and the entire administration at USP Lewisburg was notified of the newly discovered evidence on October 15 2020. (see EXHIBIT_____). A To F

Puckett also had a 615 page Clemency Application including 315 letters of support to be presented in Washington DC before the 2020 election in November 2020. The Lewisburg administration was aware of Puckett's deadline and they DELIBERATELY denied him access to his clemency portfolio which prevented his family and attorneys having sufficient evidence to present before the Clemency Committee in Washington D.C..

This deliberate denial of legal document access is a clear violation of the United States Constitution and a violation of the rules and regulations of the Federal Bureau of Prisons. The administration and its staff at USP Lewisburg CONSPIRED to hinder or prevent Puckett to present Newly discovered evidence to the sentencing court in the Northern District of Texas Dallas, Division and their illegal acts prevented Puckett from being considered for Clemency under the Presidency of Donald J. Trump.

PRAYER

Puckett requests that the Honorable Court to order the administration of USP Lewisburg and its staff to locate the aforementioned 5 property boxes and release said property to Petitioner Puckett or his counsel Angelo Lee Cameron Esquire of Philadelphia.

RESPECTFULLY SUBMITTED,

James B. Puckett, 6-28-2021
James B. Puckett         Date
Petitioner Pro Se

COPY TO: Angelo Lee Cameron Attorney at Law
100 S. Broad St. Suite 1830
Philadelphia, Pa. 19110

Jennifer Knepper General Counel
United States Penitentiary Lewisburg
2400 Robert J. Miller Dr.
Lewisburg, Pa. 17837

CERTIFICATE OF SERVICE

I James Benjamin Puckett Petitioner Pro se hereby certify that a true and correct copy of this motion was mailed by Certified Mail Return Receipt on the 28th day of June 2021 to the United States District Court for the Middle District of Pennsylvania, Ronald Reagan Federal Bldg and U.S. Courthouse 228 Walnut Street Harrisburg, PA 17101. A copy was also mailed by Certified Mail Return Receipt to USP Lewisburg 2400 Robert Miller Drive, Lewisburg, PA 17837 attention Jennifer Knepper General Counsel for USP Lewisburg and a copy was mailed "LEGAL MAIL" to L. Angelo Cameron Attorney at Law 100 S. Broad Street, Suite 1830 Philadelphia, PA 19110.

I certify this to be true and correct,

_James Benjamin Puckett_     6-28-2021
James Benjamin Puckett     Date
Petitioner Pro Se
P.O. Box 725
Edgefield, S.C. 29824

Mail - Account Support - Outlook

## ATTN: Mr. David Paul NE Regional Dorector of BOP RE: Mr. James Benjamin Puckett Reg.#31845-048

**Account Support**
Mon 8/10/2020 4:09 PM
To: nero/execassistant@bop.gov
Cc: Lee Epps

Dear Mr. David Paul: My client above was transferred from South Carolina to FCI-Lewisburg since early this year. His property boxes have not been given to him since several months has passed. He needs his files for his cases are on deadlines for filing in Federal Courts. I have called numerous times to his counselors, Mr. Marr, Mr. Hicks, and Mr. Reese to no avail as well as to Asst. Wardens Richart and Rokosky. I truly need your attention for my client's legal rights are being delayed and if he misses his filing deadlines his legal rights being denied. I look forward to you reply and cooperation. Thank you. Angelo L. Cameron, Esq.

**A. LEE CAMERON, LLC**                          *Direct: 215-880-5162 & Texts*
Angelo L. Cameron, Attorney at Law             Telephone: 215-880-5162
Land Title Building                                      Facsimile: 215-564-3070
100 South Broad Street, Suite 1830          Cell: 215-880-5162
Philadelphia, PA 19110
angelocameron@msn.com
          www.angelocameron.com
**ADMITTED TO THE SUPREME COURT OF THE UNITED STATES**

Reply   Reply all   Forward



**A. LEE CAMERON, LLC**
Angelo L. Cameron, Attorney at Law
Land Title Building
100 South Broad Street, Suite 1830
Philadelphia, PA 19102      E-Mail

Direct: *215-880-5162 & Texts*
Telephone:  215-880-5162
Facsimile:  215-564-3070
Cell:  215-880-5162
angelocameron@msn.com

ADMITTED TO THE SUPREME COURT OF THE UNITED STATES

August 28, 2020

Jennifer Knepper, Gen. Counsel
FCI-Lewisburg
USP LEWISBURG
U.S. PENITENTIARY
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA  17837

RE: My Client – Mr. James Benjamin Puckett – Reg.#31845-048

Dear Ms. Knepper:

My client, Mr. James Benjamin Puckett – Reg.#31845-048 requests his have his property in order to proceed with his appeals. Your assistance is greatly appreciated. Thank you.

Sincerely,

Angelo L. Cameron, Esq.

Cc: Mr. James Benjamin Puckett –
 Reg.#31845-048
 USP LEWISBURG
 U.S. PENITENTIARY
 P.O. BOX 1000
 LEWISBURG, PA  17837

1

**A. LEE CAMERON, LLC**   *Direct: 215-880-5162 & Texts*
Angelo L. Cameron, Attorney at Law   Telephone:   215-880-5162
Land Title Building   Facsimile:   215-564-3070
100 South Broad Street, Suite 1830   Cell:   215-880-5162
Philadelphia, PA 19107   E-Mail   angelocameron@msn.com

**ADMITTED TO THE SUPREME COURT OF THE UNITED STATES**

October 15, 2020

Ms. Jennifer Knepper,
General Counsel
USP-Lewisburg

Mr. Knapp SIA SIS Dept.
USP- Lewisburg

    RE: Mr. James Puckett Reg.# 31845-048
     4 Boxes

    Dear Ms. Knepper and Mr. Knapp:

  I have been informed via staff at FCI-Estill, the officer that loaded Mr. Puckett's 9 boxes confirmed that the boxes were all placed on an 18 wheel semi-truck at FCI-Estill on April 18th or 19th, 2020 along with other inmate boxes on a wooden pallet wrapped in plastic. My client is certain that his 9 boxes were not lost on their journey from FCI-Estill to USP Lewisburg in April 2020.

  As of this writing, 4 legal paper boxes of legal copies have been provided to Mr. Puckett in R&D on September 17, 2020, and the contents were repacked into 2 shipping boxes that will now need to follow Mr. Puckett to his new prison designation. They remain now in storage in the Lewisburg USP R&D Department.

  I was informed from FCI-Estill that there were 5 property boxes labeled with computer stickers and 4 legal paper boxes labeled with a marker. The 4 boxes with property stickers remain unlocated. I was informed the SIS Dept. has had a huge mission in searching 1000 inmates' property bags. Far more than the normal property arrivals at an institution.

Mr. Puckett feels assured and hopes that the remaining 4 property boxes will be found. Mr. Puckett's Appellate Evidence, his newly discovered evidence, his Clemency Presentation Portfolio remain in the referenced 4 boxes, which is based on his documentation of his Form 40 Receipts from the packing and loading staff at FCI-Estill. Mr. Puckett is confident that the staff at USP-Lewisburg will continue to search for the missing 4 boxes as time moves forward.

His Appellate Evidence and newly-discovered evidence In those 4 missing boxes cannot be replaced and the Court is aware of Mr. Puckett's current status and the current search for the above-referenced Appellate Evidence items. Mr. Puckett has been given 7 Clemency Presentation extension which allows Mr. Puckett's family and political Friends to wait in hopes for a successful search that will locate the boxes that contain the massive Clemency Presentation Portfolio that is required and needed for the Clemency Presentation.

On behalf of my client, Mr. James Puckett, please have the search for his 4 missing boxes continue. Again, he truly appreciates all of the effort to continue to search and locate his remaining 4 boxes. Please feel free to contact me and thank you.

Very truly yours,

Angelo L. Cameron, Esquire

**4 Boxes Mr. James Benjamin Puckett Reg.#31845-048**

To: You; NERO/Exec Assistant NERO/Exec Assistant
Cc: Jonathan Kerr

Mr. Cameron,

I have forwarded your message to SIS and R&D staff and I've contacted the staff at FCI Estill concerning the information they provided to you that four additional boxes were sent to Lewisburg in April 2020.

Our staff have searched the warehouse and only located the one box I informed you of previously. Our staff are aware of Mr. Puckett's legal deadlines and doing all they can to locate the entirety of his property. I will update you if there is any additional information; however, at this time only one box was located after a thorough search.

The transfer of inmates from FCI Estill to USP Lewisburg was unprecedented. I cannot speak for FCI Estill staff, but given the circumstances it is possible not all inmate property was transferred. Rest assured our staff are doing all they can to ensure any property located at USP Lewisburg and belonging to Mr. Puckett is provided to him.

Sincerely,

Jennifer K. Knepper, Attorney
Federal Bureau of Prisons
United States Penitentiary
2400 Robert F. Miller Drive
Lewisburg, PA 17837
(570) 522-7682

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance of this information is strictly prohibited.

&gt;&gt;&gt; Angelo Cameron &lt;angelocameron@msn.com&gt; 10/7/2020 12:45 PM &gt;&gt;&gt;

## Re: Mr. James Benjamin Puckett Reg.#31845-048

**Jennifer Knepper** <jknepper@bop.gov>
Wed 9/30/2020 9:18 AM
To: You; NERO/Exec Assistant NERO/Exec Assistant
Cc: Jonathan Kerr; Lee Epps

Mr. Cameron,

As I have informed Mr. Puckett, I have relayed his messages and concerns to those responsible for his property. Those individuals are aware of the need for the property and the current deadline. I do not have access to inmate property, nor can I distribute it.

Staff informed me one box of property was located at the warehouse in addition to the four boxes Mr. Puckett went through in R&D. That box contained commissary items and photographs. It did not contain any three-ring binders or legal property. No other boxes were located after a diligent search.

Please be advised it does not appear our institution received any additional property for Mr. Puckett from FCI Estill. With respect to the upcoming filing deadline, staff will gladly assist in facilitating a legal call with Mr. Puckett should you need one.

Sincerely,

Jennifer K. Knepper, Attorney
Federal Bureau of Prisons
United States Penitentiary
2400 Robert F. Miller Drive
Lewisburg, PA 17837
(570) 522-7682

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance of this information is strictly prohibited.

>>> Angelo Cameron <angelocameron@msn.com> 9/29/2020

## 4 Boxes Mr. James Benjamin Puckett Reg.#31845-048

**Lee Epps**
Received - thanks Sounds like yo...    Wed 10/7/2020 1:20 PM

**Angelo Cameron**
Wed 10/7/2020 12:45 PM
To: Jennifer Knepper; NERO/Exec Assistant NERO/Exe
Cc: Jonathan Kerr
Bcc: Lee Epps

Good afternoon Ms. Knepper: Mr. Puckett says he has not been provided the additional box of the Commissary and Photos. He needs to review that box. There are still 4 boxes in the warehouse which has been confirmed by MR. Collins R&D Super. of FCI-Estill, which was shipped out on April 18, or 19 of 2020 on an 18 Wheeler, and they contain the newly discovered appellant evidence and his 3 ring binders are in those remaining 4 boxes, his Clemency Portfolio and Parole Portfolio. Mr. Puckett has his Form 40s documenting his boxes in the warehouse. Please forward this e-mail to SIS particularly to Mr. Knapp forthwith due his legal timelines. Lastly, Mr. Puckett's boxes which have already been provided to him, with are now 2 boxes, and are still in R&D, they need to be shipped with Mr. Puckett to his new institution. He understands there are allot of boxes, but he respectfully requests and appreciates everyone's efforts. Thank you.

BY: Angelo L. Cameron, Esquire
Identification No. 51058
100 South Broad St., Suite 1830
Philadelphia, Pa 19110
215-880-5162 — Cell
angelocameron@msn.com



FROM:
James Puckett 31845a/6
FCI Edgefield
PO Box 725
Edgfield SC 29824

TO:
U.S. District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut St
Harrisburg PA 17101

Legal mail

